# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN ROCK DIVISION

WILLIAM F. CARADINE, II
ADC #90785                                                                                          PLAINTIFF

V.                                    4:10CV02026 JMM

DOE, Owner/General Manager,
Dollar General Store; and
NINA RIDENOUR, Employee,
Dollar General Store                                                                                DEFENDANTS

## TRANSFER ORDER

Plaintiff, William F. Caradine, II, who is a prisoner in the Varner Super Max Unit of the Arkansas Department of Correction, has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights after he robbed a Dollar General Store located in Fort Smith, Arkansas.  *See* docket entry #2.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred."  *See* 28 U.S.C. § 1391(b).  Both of the Defendants in this action reside in Fort Smith, Arkansas which is located in Sebastian County.  Similarly, the events giving rise to Plaintiff's claim occurred in Sebastian County.

Sebastian County is located in the Fort Smith Division of the United States District Court for the Western District of Arkansas.  The Court concludes that the interest of justice will best be served by transferring the case to that federal court.  *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have

been brought").

      IT IS THEREFORE ORDERED THAT this case is hereby IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, Fort Smith Division.

      Dated this 6th day of January, 2011.

                                                /s/ James M. Moody
                                                UNITED STATES DISTRICT JUDGE