IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM F. CARADINE, II                                                                PLAINTIFF

      v.                              Civil No. 11-2003

JOHN OR JANE DOE, Owner/
General Manager, Dollar General
Store; and NINA RIDENOUR                                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the undersigned for report and recommendation is the Plaintiff's motion for leave to appeal in forma pauperis (IFP) (Doc. 16).  On March 17, 2011, the undersigned issued a report and recommendation (Doc. 12) on the Plaintiff's initial motion for leave to proceed IFP before this Court.  The recommendation was based on the conclusion that the federal claims asserted were frivolous and failed to state claims upon which relief could be granted.  28 U.S.C. § 1915(e)(2)(B)(i-ii).

The report and recommendation was adopted by United States District Judge Robert T. Dawson on April 5, 2011 (Doc. 14).  Plaintiff filed a notice of appeal on May 10, 2011 (Doc. 18).

Plaintiff has now filed a motion for leave to appeal IFP (Doc. 16).  Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."   In this case, the appeal is clearly not taken in good faith as the claims asserted are frivolous.

I therefore recommend that the motion for leave to appeal be denied as the appeal is not taken in good faith, 28 U.S.C. § 1915(a)(3).  I further recommend that the Clerk be directed to collect the $455 filing fee from Plaintiff pursuant to the terms of the Prison Litigation Reform Act.  Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit.  Fed. R. App. P. 24(a).

**The parties have fourteen (14) days from receipt of the report and recommendation in**

which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

DATED this 11th day of May 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE