```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

WILLIAM F. CARADINE, II                               PLAINTIFF

    v.                    No. 11-2003

JOHN OR JANE DOE, Owner/
General Manager, Dollar
General Store and NINA RIDENOUR                       DEFENDANTS

### ORDER

Now on this 10th day of June 2011, there comes on for consideration the report and recommendation filed herein on May 11, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). Also before the Court are Plaintiff's objections to the report and recommendation. (Doc. 21).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for leave to appeal IFP (doc. 16) is DENIED as the appeal is not taken in good faith, because Plaintiff's claims are frivolous. *See* 28 U.S.C. § 1915(a)(3). Plaintiff may renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. *See* Fed. R. App. P. 24(a). Further, the U.S. District Clerk is directed to collect the $455 filing fee pursuant to the terms of

**AO72A**
**(Rev. 8/82)**

the Prison Litigation Reform Act.

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge